IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 15-cv-02649-CBS | Date: February 22, 2016 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*  *Counsel:*

BROOKE LEONARD,  Thomas Malee

Plaintiff,

v.

STEPHEN MISH,  Zeyen Wu

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELPEHONE STATUS CONFERENCE**
**Court in session: 09:03 a.m.**
Court calls case. Appearances of counsel.

Discussion regarding the amended petition.

**ORDERED:** *[15] Motion to Amend Pleadings* is **GRANTED** without prejudice to the Defendant's right to raise any appropriate challenges under Federal Law or Federal case law. *[16] Petition for Writ of Mandamus* is deemed as filed today. The Defendant's response to the petition is due on or before **March 3, 2016.**

Hearing Concluded.

**Court in recess: 09:12 a.m.**
Time in court: 00:09

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.